**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

STEVE DE LA CRUZ                                                                    PETITIONER
Reg. #81604-380

v.                                                2:22-cv-00239-JM-JJV

JOHN P. YATES, Warden,
Federal Correctional Institution – Forrest City Low                    RESPONDENT

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.   No objections have been filed.   After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice and the requested relief is DENIED.

SO ORDERED this 2nd day of May, 2023.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE