IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STEVE DE LA CRUZ                                                                                       PETITIONER
Reg. #81604-380

v.                                            2:22-cv-00239-JM-JJV

JOHN P. YATES, Warden,
Federal Correctional Institution – Forrest City Low                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 2nd day of May, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE